In the Matter of the Application of the TOWN OF MAMARO-
NECK et al., Respondents, for an Order of Peremptory
Mandamus against the NEW YORK INTER-URBAN
WATER COMPANY, Appellant.

*Water works companies — towns — power of town board to make com-
pulsory orders for installation of water mains and hydrants.*

Matter of Town of Mamaroneck v. N. Y. Inter-Urban Water Co.,
203 App. Div. 122, affirmed.

(Argued February 26, 1923; decided March 13, 1923.)

APPEAL, by permission, from an order of the Appellate
Division of the Supreme Court in the second judicial
department, entered November 3, 1922, which unani-
mously affirmed an order of Special Term granting a
motion for a peremptory order of mandamus to compel
the New York Inter-Urban Water Company to extend
its water mains in Forest avenue in the town of Mamaro-
neck and to install certain fire hydrants.   The following
question was involved: " Does section 81 of the Trans-
portation Corporations Law confer power upon a town
board to make compulsory orders for the installation of
mains and hydrants binding upon a water company
operating in a town? "

*Arthur M. Johnson* for appellant.

*J. Henry Esser* for respondents.

Order affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., HOGAN, CARDOZO, POUND,
CRANE and ANDREWS, JJ.   Absent: MCLAUGHLIN, J.